The People of the State of New York, Respondent,
against
Jayqawn Byers, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Toni M. Cimino, J.), rendered August 2, 2016, convicting him, upon his plea of guilty, of petit larceny, and sentencing him to time served.




Per Curiam.
Judgment of conviction (Toni M. Cimino, J.), rendered August 2, 2016, modified, on the law, to the extent of vacating the sentence and remanding for a youthful offender determination, and otherwise affirmed. 
As the People concede, the defendant is entitled to a youthful offender determination (see CPL 720.20; People v Rudolph, 21 NY3d 497, 501 [2013]; People v Frye, 174 AD3d 440 [2019]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: December 9, 2019